# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1421
Lower Tribunal No. F15-18110
_____

**Brandon Dowdy,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Brandon Dowdy, in proper person.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Franklin v. State</u>, 137 So. 3d 969, 980 (Fla. 2014) (explaining that the defendant carries the burden to "overcome the presumption that, under the circumstances, the challenged action might be considered sound trial strategy") (citation omitted); <u>see also</u> <u>Dennis v. State</u>, 109 So. 3d 680, 690 (Fla. 2012) (noting that "counsel cannot be deemed ineffective for failing to make a meritless argument").